NUMBER 13-08-00575-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________


GENERAL MOTORS ACCEPTANCE 

CORPORATION, Appellant,


v.



ELOY SEPULVEDA, Appellee.

 

_____________________________________________________________


On appeal from the County Court at Law No. 6 


of Hidalgo County, Texas
.


_____________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant, General Motors Acceptance Corporation, perfected an appeal from a
judgment entered by the County Court at Law No. 6 of Hidalgo County, Texas, in cause
number CL-08-0116-F. Appellant has filed a motion to dismiss the appeal on grounds that
the trial court has entered an order on December 12, 2008, which renders moot this
appeal. Appellant requests that this Court dismiss the appeal. 

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal in 13-08-00575-CV
is hereby DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the appellant."). Having
dismissed the appeal at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and filed 

this the 26th day of February, 2009.